U.S. District Court of Middle Florida
Office of the Clerk: Hon Chief Judge
401 W. Central Blvd #1200 Orlando Florida 32801
May 12, 2023

Kum Nam Lee
A petitioner

V.

Proland management
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state for injury

FILED 2023 MAY -8 PM 3:30

Tax payer Damage or no discrimination by Jury a writ of attachment, garnishment an owneship amount of damage is ~~$ Ten millions dollars~~ Reduce to Five millions dollars for earlier, not now. I am injured to Redress required, for plus Ten Thousand dollars every month living cost. without Tax and citizenship papers. I want visit to Seoul Korea

a claim by Kum Nam Lee     a pro se required

The Final decision
if more Than End of November, 2022 I will plus charge Fifty millions dollars charged.
- Consolidated -
For my agers please pay in Full within Two Year for End of 2024. and a "merger" a limitation an estate by cash only one 10% now Cash one Time pay Tax

an amended, a relief
a Forthwith, an extend

Date: May 12, 2023

Reason by low income or Section 8 apartment applied denyed no discrimination

Name: Kum Nam Lee
Address: 5155 Marathon St #106
Los Angeles, CA 90038
213-909-5927

newly plus Five millions dollars by pay Tax and by cash one Time

A notice of appeal

U.S. District Court For the ~~Central~~ Middle District of ~~California~~ Florida

May 12, 2023

Kum Nam Lee
A Petitioner

v.

Proland management
Respondent

A notice of appeal

Docket no.
2:21-CV-07564 GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day For filing
~~Double cost~~

a covenant
a decision
a determination
a conclude
a no more
a case
an order
warranty
a deed
continuing

Continue. Primary, Facts, Parties, Condon

notice: a party: Kum Nam Lee

Date:

name: Kum Nam Lee

Address: 5155 Marathon St #106
Los Angeles, CA 90038
213-909-5927

Date: May 12, 2023

at least Three-Fourth of, an End, Plus Twenty millions dollars again plus Twenty millions dollar a Rehearing, a Relief, a granted, an amended, an admitted, a conclude a petition for a writ of certiorari to a Review, a case, a judgment, a Reviewed a good cause, a good Faith, June 16, 22 again notice; a Reversal, one, only or a jurisdiction to supreme court, a decision, one consider, one Final, if more than End of July, 2022 Than, Plus charged double cost all of... For Time To Time shall be vested, ordain, establish, courts, congress, know;
I will conduct myself, I will support THE Constitution of the united Sta
I believe that I am entitled To Redress, Since: 1993-2022, D.O.B. 1940